# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT SMADO,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK RICE, TRAVIS JAMES, and<br>JAKE BROOKHART,<br><br>Defendants. | Case No. 3:17-CV-810-NJR-DGW |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Donald G. Wilkerson (Doc. 87), which recommends the Court deny the Motion to Dismiss or Sever filed by Defendant Jake Brookhart (Doc. 83), as well as the related Motion to Stay Discovery (Doc. 86). Defendant Brookhart argued that Plaintiff Scott Smado's First Amendment claim against him should be dismissed or, alternatively, severed from the unrelated Eighth Amendment deliberate indifference claims against Defendants Derek Rice and Travis James (Doc. 83). He also asked that discovery be stayed until the Court ruled on his motion to dismiss or sever (Doc. 86).

On November 8, 2018, Magistrate Judge Wilkerson entered a Report and Recommendation finding that Plaintiff's claims against all Defendants do indeed rely on the same set of underlying facts. Accordingly, it would inefficient to sever this matter into two separate lawsuits. In light of this finding, Magistrate Judge Wilkerson recommended that both motions filed by Defendant Brookhart be denied. Objections to the Report and Recommendation were due November 29, 2018 (Doc. 87). No objection was filed.

Because no objection was filed, the undersigned District Judge need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999). Instead, the Court should review the Report and Recommendation for clear error. *Johnson*, 170 F.3d at 739. The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The Court has reviewed Magistrate Judge Wilkerson's Report and Recommendation for clear error. Following this review, the Court agrees with his findings, analysis, and conclusions. The undersigned accordingly **ADOPTS** the Report and Recommendation in its entirety (Doc. 87). The Motion to Dismiss or Sever (Doc. 83) and the Motion to Stay Discovery (Doc. 86) filed by Defendant Jake Brookhart are **DENIED**.

**IT IS SO ORDERED.**

**DATED:** December 3, 2018

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**